**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 01-7266**

NICHOLAS WARNER JONES, a/k/a Charles Jones,

                                    Petitioner - Appellant,

        versus

PATRICK CONROY, Warden; J. JOSEPH CURRAN, JR.,

                                    Respondents - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Benson E. Legg, District Judge. (CA-01-1792-L)

Submitted:  September 20, 2001        Decided:  September 28, 2001

Before LUTTIG, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Nicholas Warner Jones, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Nicholas Warner Jones appeals the district court's order construing his petition for a writ of mandamus as a motion for reconsideration of a previous order dismissing as successive his 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001) petition, and denying such motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Jones v. Conroy, No. CA-01-1792-L (D. Md. filed Aug. 1, 2001; entered Aug. 3, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED